# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PATRICIA MONTEMAYOR,**
Appellant,

v.

**STEVEN M. PAWLYK, MICHAEL R. HANSETER, VILLAGE OF WELLINGTON, FLORIDA, SEXTON ENGINEERING ASSOCIATES, INC.,** and **STORMWATERJ ENGINEERING, INC.,**
Appellees.

No. 4D21-1838

[September 15, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502020CA011179XXXXMB.

Patricia Montemayor, Mexico, pro se.

No brief filed for appellee Village of Wellington, Florida.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***